■ In the Matter of JAMES HANLON, Admitted as JAMES DANIEL HANLON.—Application for reinstatement referred to the Departmental Disciplinary Committee for a hearing and, pending receipt of report, petition held in abeyance. Concur—Kupferman, J. P., Carro, Asch, Fein and Ellerin, JJ.